United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALBERT W. YOUNGER,                          CASE NO. 5:13-cv-01679 EJD

**ORDER OF RECUSAL**

          Plaintiff(s),

  v.

MICHAEL & ASSOCIATES, P.C., et. al.,

          Defendant(s).
_____/

     I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

**IT IS SO ORDERED.**

Dated:  June 12, 2013

                          EDWARD J. DAVILA
                          United States District Judge

1

CASE NO. 5:13-cv-01679 EJD
ORDER OF RECUSAL