**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALBERT W. YOUNGER,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**MICHAEL & ASSOCIATES, P.C., LINA M. MICHAEL,**<br><br>　　　　**Defendants.** | **Case Nos.:13-cv-1679 YGR**<br>　　　　　　**13-cv-1680 YGR**<br><br>**ORDER TO SHOW CAUSE** |

　　　　On June 25, 2013, the undersigned related Civil Case Numbers 13-1679 and 13-1680. The Court has reviewed the complaints in both cases. They appear to be identical, except that the complaint in the latter-filed case lacks page number 7. The parties are hereby **ORDERED TO SHOW CAUSE** why the latter-filed case, Civil Case Number 13-1680, should not be dismissed without prejudice.

　　　　Each party may file a written response to this Order to Show Cause, not to exceed three (3) pages, no later than **July 31, 2013.** If the Court receives no responses, the Court will dismiss Civil Case Number 13-1680.

　　　　**IT IS SO ORDERED.**

Dated: July 24, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**