**MICHAEL & ASSOCIATES, PC**
Lisa D. Dubowski, Esq.: SBN: 237003
Email: lisa.dubowski@michaellegalgroup.com
Christina L. Rymsza, Esq.: SBN: 233631
Christina.rymsza@michaellegalgroup.com
555 St. Charles Drive, Suite 204
Thousand Oaks, California 91360
Telephone: (805) 379-8505
Facsimile: (805) 728-6266

Attorneys for Defendants,
Michael & Associates, PC and Lina M. Michael, an individual

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ALBERT W. YOUNGER,

     Plaintiff(s),

  v.

MICHAEL & ASSOCIATES, P.C., a California Corporation; and LINA M. MICHAEL, individually and in her official capacity,

     Defendant(s).
_____/

Case No. **4:13-CV-01679-YGR**
and related case:
**4:13-CV-01680-YGR**

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

  (2) Discussed the available dispute resolution options provided by the Court and private entities; and

  (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/5/13

Dated: 8/5/13

Dated: 8/5/13

Lina M. Michael, Defendant

Lina M. Michael, President of
Michael & Associates, P.C.

Lisa D. Dubowski, Esq.
Attorney for Defendants