# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT W. YOUNGER,**<br><br>      **Plaintiff,**<br><br>      vs.<br><br>**MICHAEL & ASSOCIATES, P.C., LINA M. MICHAEL,**<br><br>      **Defendants.** | Case Nos.:13-cv-1679 YGR<br>            13-cv-1680 YGR<br>**Related Cases**<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the above-captioned cases have settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on **Friday, December 13, 2013,** on the Court's **9:01 a.m.** Calendar, in the United States Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a proposed form of Judgment; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: November 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**