Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
ALBERT W. YOUNGER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ALBERT W. YOUNGER,<br><br>         Plaintiff,<br><br>   v.<br><br>MICHAEL & ASSOCIATES, P.C., a California Corporation; and LINA M. MICHAEL, individually and in her official capacity,<br><br>         Defendants. | Case No. 4:13-CV-01679-YGR<br><br>[~~PROPOSED~~] JUDGMENT |

In accordance with Plaintiff's Notice of Acceptance of Offer of Judgment (Doc. 33), Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $1,001.00, plus reasonable attorney's fees and costs as agreed to by the parties.  In the event that the parties cannot agree on the amount of attorney's fees and costs to be awarded, Plaintiff may file a motion for reasonable attorney's fees and costs within 30 days of entry of this Judgment, and the Court reserves jurisdiction to resolve such a motion.

IT IS SO ORDERED AND ADJUDGED.

Dated:  December 9, 2013

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

JUDGMENT                                                                                        Case No. 4:13-CV-01679-YGR