**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALBERT W. YOUNGER,**<br><br>      **Plaintiff,**<br><br>    vs.<br><br>**MICHAEL & ASSOCIATES, P.C., LINA M. MICHAEL,**<br><br>      **Defendants.** | Case Nos.:13-cv-1679 YGR<br>              13-cv-1680 YGR<br><br>**ORDER VACATING MOTION HEARING AND DENYING AS MOOT PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE** |

A hearing on Plaintiff's Motion for Attorney's Fees and Costs (Dkt. No. 39) is scheduled for January 28, 2014. Pursuant to Civil Local Rule 7-1(b), the Court **VACATES** that hearing and takes the matter under submission on the papers.

Accordingly, Plaintiff's Request to Appear Telephonically (Dkt. No. 43) is **DENIED AS MOOT**. This Order terminates Docket No. 43.

**IT IS SO ORDERED.**

Dated: January 24 , 2014

                                                _____<br>
                                                **YVONNE GONZALEZ ROGERS**<br>
                                                **UNITED STATES DISTRICT COURT JUDGE**